CLERK'S U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
10/15/19
JULIA C. DUDLEY, CLERK
BY: K. Dotson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH 170 COLE LANE, UNIT 227, WINCHESTER, VIRGINIA 22602 | Case No. 5:19mj00055<br><br>**Filed Under Seal** |

## UNITED STATES' MOTION TO SEAL

The United States of America, by and through Thomas T. Cullen, United States Attorney for the Western District of Virginia, and Jeb Terrien, Assistant United States Attorney, moves the Court for an Order sealing the Application For A Search Warrant, Search Warrant, Affidavit of Special Agent, Steven W. Duke, FBI and all related documents. In support of this motion the government states as follows: (1) The investigation of this matter is ongoing; (2) release of this information would jeopardize this investigation and the safety of law enforcement officers.

Wherefore, the United States requests the Court to seal documents filed in these matters for twelve months.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

Date: October 10, 2019

s/Jeb T. Terrien
JEB T. TERRIEN
Assistant United States Attorney
116 North Main Street
Harrisonburg, VA 22802