AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 5:19mj00055 | 10/16/2019  10:45 am | Gerald Drake |

Inventory made in the presence of: N/A

Inventory of the property taken and name(s) of any person(s) seized:

No property was taken.

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

10/23/2019

JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez

DEPUTY CLERK

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/22/2019

_____
Executing officer's signature

Steven W. Duke / Special Agent
Printed name and title

Received in chambers by reliable electronic means on October 23, 2019.

_____
USMJ